Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>G&G MULTITEX, INC., a California Corporation; et al.,<br><br>Defendants. | Case No.:  CV-09-3812 ODW (RZx)<br>*The Honorable Otis D. Wright II Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS PARTIES PURSUANT TO Fed. R. Civ. Pro. 41(a)(1)(ii)** |

Upon review of the Stipulation for Dismissal filed by Plaintiff and counsel for the remaining Defendants, and finding good cause thereon, IT IS ORDERED THAT:

1. Each and every claim by Plaintiff in the above-entitled action, as asserted against Defendants Target Corp., The TJX Corporation, and Unger Fabrik, LLC, is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. The counterclaim asserted by Unger Fabrik, LLC is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and

1
ORDER ON JOINT STIPULATION FOR DISMISSAL

3. L.A. Printex Industries, Inc., Target Corp., The TJX Corporation, and Unger Fabrik, LLC shall bear their own attorneys' fees and costs, as incurred against one another.

SO ORDERED.

Dated: February 17, 2010        By: _____
                                HON. OTIS D. WRIGHT II
                                United States District Court Judge