JS-6



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

L.A. PRINTEX INDUSTRIES, INC., a
California Corporation,

Plaintiff,

v.

G&G MULTITEX, INC., a California
Corporation; et al.,

Defendants.

_____

)
)
)
)
)
)

Case No.: CV09-3812 ODW (RZx)
*The Honorable Otis D. Wright II Presiding*

**SPECIAL VERDICT FORM**

**REDACTED FOR PUBLIC VIEW**

## SPECIAL VERDICT FORM

*We, the Jury, answer the questions submitted to us in regard to L.A. Printex*
*Industries, Inc.'s claims in this action as follows:*

1

1.    Do you find G&G Multitex, Inc.'s infringement to have been willful?

Yes

2.    What award of statutory damages do you find against G&G Multitex, Inc. (from $200.00 to $150,000.00)?

$ 150,000 ⁰⁰/ₓₓ

**REDACTED FOR PUBLIC VIEW**

DATED: 12-8-2010  SIG

PRESIDING JUROR

2

SPECIAL VERDICT FORM