Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>G&G MULTITEX, INC.; et al, <br><br>Defendants. | Case No. CV09-3812 ODW (RZx) <br><br>**STIPULATION TO DISMISS THE CASE PURSUANT TO FED. R. CIV. P. 41 ET SEQ.** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following Stipulation to Dismiss has been entered into in this action:

WHEREAS, a verdict has been entered in this action in favor of L.A. Printex Industries, Inc. and against G&G Multitex, Inc.;

WHEREAS, L.A. Printex Industries, Inc. and G&G Multitex, Inc. have reached an agreement that would resolve the claims set forth in this action against G&G Multitex, Inc., and reflected in the verdict;

1

Stipulation to Dismiss

IT IS HEREBY STIPULATED by and between the aforesaid parties to this action, by and through their counsel of record, that:

1. This action shall be and hereby is dismissed with prejudice;
2. The Court shall retain jurisdiction of this action in order to enforce the terms of the settlement agreement; and
3. L.A. Printex Industries, Inc., on the one hand, and G&G Multitex, Inc., on the other hand, is to each bear its own costs and attorneys' fees as incurred against one another in connection with this action.

SO STIPULATED.

Dated: January 3, 2011                DONIGER / BURROUGHS

                                      By:  /S/ Scott A. Burroughs
                                           Scott A. Burroughs, Esq.
                                           Attorneys for Plaintiff

Dated: January3, 2011                 BARON & BUDD

                                      By:  /S/ Roland Tellis
                                           Roland Tellis, Esq.
                                           Attorneys for Defendant
                                           G&G Multitex, Inc.